AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

Clifton Phillips

v.

David Proud, Paul Rigby, Syracuse Police Dept., N.Y.S. Parole, G.I.V.E. Operation Impact, Micheal Ferrante, Paul Casler, City of Syracuse, State of New York, William Summers, Scott Fura, David Metz, U.S. Marshall Service, Jasan Eiffe, Gang Violence Task Force, Jeffrey Ballagh

TO: (Name and address of Defendant)

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Clifton Phillips
P.O. Box 500
Elmira Correctional Facility
Elmira, New York 14902-0500

an answer to the complaint which is served on you with this summons, within  10  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Clerk of Court

Date

Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action