Clifton Phillips 99A1263
Attica Correctional Facility
P.O. Box 149
Attica, New York 14011-0149

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
P.O. Box 7367
100 South Clinton St.
Syracuse, New York 13261-7367





RECEIVED
SEP 19 2016
U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK